804

No. 833. STEVENS ET AL. v. SINCLAIR REFINING Co. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Morgan M. Moulder* for petitioners. *Mr. Roy T. Osborn* for respondent.

No. 838. GOGGIN, TRUSTEE IN BANKRUPTCY, v. UNITED STATES. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Reuben G. Hunt* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Bernard Chertcoff* for the United States.

No. 839. POLITO v. MOLASKY ET AL. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. N. Murry Edwards* and *George C. Dyer, II,* for petitioner.

No. 840. THOMSON, TRUSTEE, v. BOLES. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Warren Newcome, William T. Faricy,* and *Alfred E. Rietz* for petitioner. *Mr. Chester W. Johnson* for respondent.

No. 851. INDIANAPOLIS POWER & LIGHT Co. v. NATIONAL LABOR RELATIONS BOARD. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur L. Gilliom* and *Elbert R. Gilliom* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B.*